Perryman vs. Phillips.

*Writ of Error to Crawford Circuit Court.*

Judgment affirmed upon the authority of *The State Bank vs. Conway*, 13 *Ark.*